```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SHIRETHA COLE, | : | CIVIL ACTION |
| | : | NO. 20-3436 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WALMART, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **1st** day of **July, 2021**, after considering Defendants' Motion for Summary Judgment (ECF No. 17) and Plaintiff's Response thereto (ECF No. 18), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 17) is **GRANTED** for the reasons set forth in the accompanying memorandum.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**